United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Zyprexa Products Liability Litigation

_____/

**ORDER STAYING CASES**
**PENDING DETERMINATION**
**BY MDL PANEL**

Numerous actions involving Zyprexa products liability have been filed in this Court.  A

transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-

1596.  Until that determination is made, all of the following cases are **STAYED** and, accordingly,

any deadlines or pretrial conferences in these cases are **VACATED**:

C06-00575 WHA
C06-00587 WHA
C06-00588 WHA
C06-00590 WHA
C06-00643 WHA
C06-00650 WHA
C06-00654 WHA
C06-00674 WHA
C06-00683 WHA
C06-00684 WHA
C06-00691 WHA
C06-01549 WHA
C06-01562 WHA
C06-01567 WHA

**IT IS SO ORDERED.**

Dated:  March 1, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE